No. 4657.—Orange Rice Milling Co., aplda., v. Barasorda, aplte.— C. D. San Juan. Julio 10, 1928.

Por cuanto la petición de desestimación se funda en que la apelación en este caso se presentó el 7 de septiembre de 1927, habiéndose solicitado distintas prórrogas para la radicación de la transcripción de evidencia y habiendo transcu-

rrido el término de noventa días desde la fecha de la apelación y que el apelante no ha proseguido su apelación con la debida diligencia y la apelación es frívola;

Por cuanto el apelante, por medio de las declaraciones juradas que acompaña a su oposición a la desestimación prueba que ha sido imposible a los taquígrafos tener preparada tal transcripción de evidencia, y por su moción, que no ha sido negligente en la prosecución de este recurso, sin que aparezca que la apelación sea frívola;

Por tanto, se declara sin lugar la moción de desestimación de la apelada.